

**David A. CLARKE, et al.**

v.

**UNITED STATES of America, Appellant.**

**No. 88–5439.**

United States Court of Appeals, District of Columbia Circuit.

Dec. 15, 1989.

Before EDWARDS and BUCKLEY, Circuit Judges, and ROBINSON, Senior Circuit Judge.

### ORDER

PER CURIAM.

Upon consideration of appellant's petition for rehearing it is

ORDERED, by the Court, that the petition is denied.

**David A. CLARKE, et al.**

v.

**UNITED STATES of America, Appellant.**

**No. 88–5439.**

United States Court of Appeals, District of Columbia Circuit.

Dec. 15, 1989.

Before EDWARDS and BUCKLEY, Circuit Judges, and ROBINSON, Senior Circuit Judge.

### ORDER

PER CURIAM.

Upon consideration of appellant's Suggestion of Mootness and Motion to Vacate, the response thereto and of the reply it is

ORDERED, by the Court, that the motion is denied.

**David A. CLARKE, et al.**

v.

**UNITED STATES of America, Appellant.**

**No. 88–5439.**

United States Court of Appeals, District of Columbia Circuit.

Dec. 15, 1989.

Before WALD, Chief Judge, and MIKVA, EDWARDS, RUTH B. GINSBURG, SILBERMAN, BUCKLEY, WILLIAMS, D.H. GINSBURG and SENTELLE, Circuit Judges.

### ORDER

PER CURIAM.

Appellant's Suggestion For Rehearing *En Banc* has been circulated to the full court. The taking of a vote was requested. Thereafter, a majority of the judges of the court in regular active service did not vote in favor of the suggestion. Upon consideration of the foregoing it is

ORDERED, by the Court *en banc*, that the suggestion is denied and it is

FURTHER ORDERED, by the Court *en banc*, on its own motion, that the Clerk is directed to further withhold issuance of the mandate herein pending disposition by the *en banc* Court of appellant's Suggestion of Mootness and Motion to Vacate.

SENTELLE, Circuit Judge, files a dissenting statement joined by SILBERMAN, WILLIAMS, and D.H. GINSBURG, Circuit Judges.